# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# RIPPLE

**Reg. No. 4,532,727**  
**Registered May 20, 2014**  
**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS INC. (CALIFORNIA CORPORATION)  
#2724  
268 BUSH STREET  
SAN FRANCISCO, CA 94104

FOR: PEER-TO-PEER NETWORK COMPUTER SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF FINANCIAL DATA VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; TRANSMISSION OF FINANCIAL INFORMATION BY ELECTRONIC COMMUNICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-31-2004; IN COMMERCE 8-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-052,980, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



*Michelle K. Lee*  
**Deputy Director of the United States**  
**Patent and Trademark Office**