EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# RIPPLE

**Reg. No. 4,528,772**

**Registered May 13, 2014**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS, INC. (CALIFORNIA CORPORATION)
268 BUSH STREET, #2724
SAN FRANCISCO, CA 94104

FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CUR- RENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CUR- RENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-2004; IN COMMERCE 8-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR- TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-052,973, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**