# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office

# RIPPLE

**Reg. No. 4,453,543**  OPENCOIN, INC. (CALIFORNIA CORPORATION)
  268 BUSH STREET, #2724
**Registered Dec. 24, 2013**  SAN FRANCISCO, CA 941043503

**Int. Cl.: 36**  FOR: FINANCIAL SERVICES, NAMELY, PROVIDING SECURE PAYMENT OPTIONS TO MEMBERS OF AN ONLINE COMMUNITY VIA A GLOBAL COMPUTER NETWORK THROUGH THE USE OF TRADITIONAL CURRENCY AND VIRTUAL CURRENCY, IN
**SERVICE MARK**  CLASS 36 (U.S. CLS. 100, 101 AND 102).

**PRINCIPAL REGISTER**  FIRST USE 8-31-2004; IN COMMERCE 8-31-2004.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  SER. NO. 85-774,758, FILED 11-8-2012.

  JENNIFER MARTIN, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office