# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,532,724**
**Registered May 20, 2014**
**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS INC. (CALIFORNIA CORPORATION)
#2724
268 BUSH STREET
SAN FRANCISCO, CA 94104

FOR: PEER-TO-PEER NETWORK COMPUTER SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF FINANCIAL DATA VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; TRANSMISSION OF FINANCIAL INFORMATION BY ELECTRONIC COMMUNICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-0-2013; IN COMMERCE 1-0-2013.

THE MARK CONSISTS OF THE WORD "RIPPLE" ALL IN LOWER CASE LETTERS IMMEDIATELY PRECEDED BY THREE CONNECTED CIRCLES.

SER. NO. 86-052,944, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office