# EXHIBIT 6

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,528,771**
**Registered May 13, 2014**
**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIPPLE LABS INC. (CALIFORNIA CORPORATION)
#2724
268 BUSH STREET
SAN FRANCISCO, CA 94104

FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CUR-RENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CUR-RENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2013; IN COMMERCE 1-0-2013.

THE MARK CONSISTS OF THE WORD "RIPPLE" ALL IN LOWER CASE LETTERS IMME-DIATELY PRECEDED BY THREE CONNECTED CIRCLES.

SER. NO. 86-052,926, FILED 8-30-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**