# EXHIBIT 8

EXHIBIT 8

# United States of America
## United States Patent and Trademark Office

# RIPPLE COMMUNICATIONS

**Reg. No. 4,453,376**

**Registered Dec. 24, 2013**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

OPENCOIN, INC. (CALIFORNIA CORPORATION)
C/O FELDMAN GALE, P. A.
2 S. BISCAYNE BLVD., 30TH FLOOR
MIAMI, FL 33131

FOR: FINANCIAL SERVICES AND FINANCIAL TRANSACTION SERVICES, NAMELY, PROVIDING SECURE COMMERCIAL TRANSACTIONS AND PAYMENT OPTIONS , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-31-1998; IN COMMERCE 7-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNICATIONS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-746,224, FILED 10-4-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office