# EXHIBIT 10

# United States of America
### United States Patent and Trademark Office

# RIPPLE TRADE

**Reg. No. 4,744,898**  RIPPLE LABS INC. (CALIFORNIA CORPORATION)
268 BUSH STREET, #2724
**Registered May 26, 2015**  SAN FRANCISCO, CA 94104

**Int. Cl.: 36**  FOR: CURRENCY EXCHANGE SERVICES; ON-LINE REAL-TIME CURRENCY TRADING; CASH MANAGEMENT, NAMELY, FACILITATING TRANSFERS OF ELECTRONIC CASH EQUIVALENTS; VIRTUAL CURRENCY EXCHANGE TRANSACTION SERVICES FOR TRANSFERRABLE ELECTRONIC CASH EQUIVALENT UNITS HAVING A SPECIFIED CASH VALUE; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF CURRENCY VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; ELECTRONIC FUNDS TRANSFER, NAMELY, TRANSMISSION OF VIRTUAL CURRENCY AND DIGITAL CURRENCY VIA ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 5-5-2014; IN COMMERCE 5-5-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,453,376, 4,528,771, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRADE", APART FROM THE MARK AS SHOWN.

SN 86-230,658, FILED 3-24-2014.

PATRICIA EVANKO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office