# EXHIBIT 11

# United States of America
### United States Patent and Trademark Office

# RIPPLE TRADE

**Reg. No. 4,744,899**  RIPPLE LABS INC. (CALIFORNIA CORPORATION)
 268 BUSH STREET, #2724
**Registered May 26, 2015** SAN FRANCISCO, CA 94104

**Int. Cl.: 38**  FOR: PEER-TO-PEER NETWORK COMPUTER SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF FINANCIAL DATA VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES; TRANSMISSION OF FINANCIAL INFORMATION BY ELECTRONIC COMMU-
**SERVICE MARK** NICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

**PRINCIPAL REGISTER** FIRST USE 5-5-2014; IN COMMERCE 5-5-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,453,376, 4,532,727, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRADE", APART FROM THE MARK AS SHOWN.

SN 86-230,662, FILED 3-24-2014.

PATRICIA EVANKO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office