# EXHIBIT 12

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 86568807
Filing Date: 03/18/2015

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | Ripple |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Ripple |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | KEFI LABS, LLC |
| *STREET | 1623 BELLEVUE AVE #601 |
| *CITY | Seattle |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 98122 |
| PHONE | 4085695300 |
| EMAIL ADDRESS | paulstavropoulos@gmail.com |

| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|
| WEBSITE ADDRESS | http://getripple.io |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Washington |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer application software for **mobile phones, portable media players, and handheld computers**, namely, software for **propagating posts containing text, images, and digital photos to users via the global computer network.** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/21/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/21/2014 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\865\688\86568807\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\865\688\86568807\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\865\688\86568807\xml1\ FTK0005.JPG |
| SPECIMEN DESCRIPTION | The first image titled "Ripple_in_iOS_App_Store" shows the Ripple Application listed in the iOS Apple store when a user searches "Ripple." The second image titled "Ripple_on_iOS_HomeScreen" is of a user's home screen showing the "Ripple" application they downloaded from the iOS application market. The third image titled "Mobile_Website_For_Ripple" is a snapshot of a mobile web browser which shows the name of our product "Ripple", information on how to purchase it, shown by the "Download on the iOS store" button, and the beginnings of the explanation on how the application works, shown by "Share a thought, local event, or joke with people near you. |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |

| | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | KEFI LABS, LLC |
| FIRM NAME | KEFI LABS, LLC |
| *STREET | 1623 BELLEVUE AVE #601 |
| *CITY | Seattle |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 98122 |
| PHONE | 4085695300 |
| *EMAIL ADDRESS | paulstavropoulos@gmail.com;wellripplemethis@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Paul Stavropoulos/ |
| * SIGNATORY'S NAME | Paul Stavropoulos |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 408-569-5300 |
| * DATE SIGNED | 03/18/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86568807
Filing Date: 03/18/2015

## To the Commissioner for Trademarks:

**MARK:** Ripple (Standard Characters, see mark)
The literal element of the mark consists of Ripple.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, KEFI LABS, LLC, a limited liability company legally organized under the laws of Washington, having an address of
   1623 BELLEVUE AVE #601
   Seattle, Washington 98122
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 009:  Computer application software for mobile phones, portable media players, and handheld computers, namely, software for propagating posts containing text, images, and digital photos to users via the global computer network.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/21/2014, and first used in commerce at least as early as 12/21/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The first image titled "Ripple_in_iOS_App_Store" shows the Ripple Application listed in the iOS Apple store when a user searches "Ripple." The second image titled "Ripple_on_iOS_HomeScreen" is of a user's home screen showing the "Ripple" application they downloaded from the iOS application market. The third image titled "Mobile_Website_For_Ripple" is a snapshot of a mobile web browser which shows the name of our product "Ripple", information on how to purchase it, shown by the "Download on the iOS store" button, and the beginnings of the explanation on how the application works, shown by "Share a thought, local event, or joke with people near you..
Specimen File1
Specimen File2
Specimen File3

For informational purposes only, applicant's website address is: http://getripple.io

The applicant's current Correspondence Information:

KEFI LABS, LLC
KEFI LABS, LLC
1623 BELLEVUE AVE #601
Seattle, Washington 98122
4085695300(phone)
paulstavropoulos@gmail.com;wellripplemethis@gmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Paul Stavropoulos/   Date Signed: 03/18/2015
Signatory's Name: Paul Stavropoulos
Signatory's Position: Owner


RAM Sale Number: 86568807
RAM Accounting Date: 03/19/2015

Serial Number: 86568807
Internet Transmission Date: Wed Mar 18 19:05:04 EDT 2015
TEAS Stamp: USPTO/FTK-162.208.41.4-20150318190504266
945-86568807-530cf947ee5db48da84236a8f85
e9d2ac2b22f99276dd3a373e85b0893e2d40fd82
-CC-5519-20150318173621817794

# Ripple







# Share

Share a thought, local event, or joke with people near you

Sharing your latest idea?
Start a ripple