LAWRENCE S. GORDON (SBN 302330)
(LGordon@FeldmanGale.com)
TODD M. MALYNN (SBN 181595)
Email: tmalynn@feldmangale.com
**FELDMAN GALE, P.A.**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (800).489-9814
Facsimile: (800).868-0386

JAMES A. GALE (Fla. Bar No. 371726)
(JGale@FeldmanGale.com)
ASHLEY G. KESSLER (N.Y. Bar No. 4834339)
(AKessler@FeldmanGale.com)
**FELDMAN GALE, P.A.**
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-358-5001
Facsimile: 305-358-3309

*Attorneys for Plaintiff Ripple Labs, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> KEFI LABS, LLC, A WASHINGTON LIMITED LIABILITY CORPORATION; PAUL STAVROPOULOS, AN INDIVIDUAL; DEAN STAVROPOULOS, AN INDIVIDUAL; AND BRANDON ONG, AN INDIVIDUAL <br><br> Defendants | CASE NO.: 3:15-cv-04565 MEJ <br><br> **JOINT MOTION FOR ENTRY OF CONSENT FINAL ORDER** |

Plaintiff, Ripple Labs, Inc., and Defendants, Kefi Labs, LLC, Paul Stavropoulos, Dean Stavropoulos and Brandon Ong, respectfully request that the Court enter a Consent Final Order in the form attached to this Motion.


| | |
|---|---|
| Date: December    , 2015 | Respectfully submitted, |
| | /s/ Lawrence Gordon |
| | LAWRENCE S. GORDON |
| | State Bar No. 302330 |
| | (LGordon@FeldmanGale.com) |
| | **FELDMAN GALE, P.A.** |
| | 303 Twin Dolphin Drive, Suite 600 |
| | Redwood City, CA 94065 |
| | Telephone: (800).489-9814 |
| | Facsimile: (800).868-0386 |
| Date: December 1, 2015 | KEFI LABS, LLC |
| | By: *[signature]* |
| | *[signature]* |
| | PAUL STAVROPOULOS |
| | *[signature]* |
| | DEAN STAVROPOULOS |
| | *[signature]* |
| | BRANDON ONG |

2

JOINT MOTION FOR ENTRY OF CONSENT FINAL ORDER

# CERTIFICATE OF SERVICE

I, Cathy Guzman, am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is Promenade West, 880 West 1st Street, Suite 315, Los Angeles, California 90012.

On December 8, 2015, I served the foregoing document described as JOINT **JOINT MOTION FOR ENTRY OF CONSENT FINAL ORDER** on the interested parties herein as follows:

Kefi Labs                                                         *Defendants*
1623 Bellevue Ave., Apt. 601
Seattle, WA 98122

Paul Stavropoulos
1623 Bellevue Ave., Apt. 601
Seattle, WA 98122

Dean Stavropoulos
162 Wilton Drive, Apt. 1
Campbell, CA 95008-4053

Brandon Ong
9450 Gilman Drive, #10365
La Jolla, CA 92092

[X]   BY MAIL: By placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Los Angeles, California after the close of the day's business. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date is more than one day after the date of this affidavit.

[ ]   BY FACSIMILE: By transmitting a true and correct copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

[ ]   BY ELECTRONIC/E-MAIL SERVICE: By transmitting a true and correct copy of said DOCUMENT to the e-mail address(es) herein and verifying completion of that transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2015 at Los Angeles, County, California.

/s/ Cathy Guzman
Cathy Guzman